# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DIANA HUNTER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-3266-S |
| | § | |
| AMERICAN RED CROSS a/k/a | § | |
| AMERICAN RED CROSS | § | |
| SOUTHWEST BLOOD SERVICES | § | |
| REGION | § | |

## ORDER

The parties have announced that this case has been resolved. Any trial setting and scheduling order are vacated and all pending motions are terminated. The parties have thirty (30) days to file dismissal papers. By **October 4, 2019**, the parties are to file the appropriate dismissal documents in this case or advise the Court of the reason for the delay.

**SO ORDERED.**

SIGNED September 4, 2019.

_/s/ Karen Gren Scholer_
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**