# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIANA HUNTER, | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | )    **Case No.: 3:18-cv-03266-S** <br> ) |
| THE AMERICAN RED CROSS, | ) <br> ) |
| *Defendant*. | ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to DISMISS the above-captioned action and all claims therein WITH PREJUDICE and with each party to bear its own costs and attorneys' fees incurred in connection with the claims.

Dated this __9__ th day of September, 2019.

**SMOLEN & ROYTMAN**

/s/Lauren Lambright
Lauren Lambright, Esq.
Smolen, Smolen, & Roytman, PLLC
701 S. Cincinnati Avenue,
Tulsa, OK  74119
T: (918) 585-2667
F: (918) 585-2669
E: laurenlambright@ssrok.com

*Counsel for Plaintiff*

**AMERICAN RED CROSS**

/s/ Rosa S. Trembour
Michael A. Graziano (*pro hac vice*)
Rosa S. Trembour (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., 12th Floor
Washington, DC 20006
T: (202) 659-6671/6609
F: (202) 659-6699
E: mgraziano@eckertseamans.com
   rtrembour@eckertseamans.com


Paul W. Simon (State Bar No. 24060611)
Simon Paschal PLLC
13601 Preston Road, Suite W870
Dallas, TX 75240
T: (972) 893-9340
F: (972) 893-9350
E: paul@simonpaschal.com

*Counsel for Defendant*